IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO S. MAGEE,

        Plaintiff,        CIV. S-05-0463-FCD-PAN-PS

    v.

UNITED STATES OF AMERICA,        ORDER

        Defendant.
_____/

        This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On April 21, 2005, Judge Nowinski recommended that defendant's motion to dismiss be granted.  No objections to the findings and recommendation have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

////

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations filed April 21, 2005, are adopted in full; and

    2.  Defendant's motion to dismiss is granted.

DATED: June 16, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge

2